IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEITH EDWARD ASHLOCK**  **PLAINTIFF**
**ADC # 142034**

v.  No. 5:13-cv-125-DPM

**RAY HOBBS, Director,**
**ADC**  **DEFENDANT**

### ORDER

The Court directs the Clerk to transmit a copy of Ashlock's notice, № 22, to the United States District Court for the Western District of Arkansas for filing in case 6:11-cv-6071-RTD-JRM. The document appears unrelated to his habeas petition before this Court, № 2. Ashlock indicated that it needed to be filed in both this and the Western District case, but that he was unable to send it himself. In the future, Ashlock should file his documents only with the appropriate Court.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2013