IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH EDWARD ASHLOCK
ADC # 142034                                                              PETITIONER

v.                              No. 5:13-cv-125-DPM-BD

RAY HOBBS, Director, ADC                                               RESPONDENT

## ORDER

No one objects to Magistrate Judge Beth Deere's Recommended Disposition, № 19. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes), the Court adopts the proposal as its own. Ashlock's petition for writ of habeas corpus, № 2, is dismissed with prejudice. No certificate of appealablity will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 June 2013