IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH EDWARD ASHLOCK
ADC # 142034                                               PETITIONER

v.                       No. 5:13-cv-125-DPM

RAY HOBBS, Director, ADC                                   RESPONDENT

## JUDGMENT

Ashlock's petition for writ of habeas corpus, № 2, is dismissed with prejudice. No certificate of appealablity will issue.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2013