## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KEITH EDWARD ASHLOCK
ADC # 142034                                                    PETITIONER

v.                                    No. 5:13-cv-125-DPM

RAY HOBBS, Director, ADC                                        RESPONDENT

## JUDGMENT

Ashlock's petition for writ of habeas corpus, № 2, is dismissed with

prejudice.  No certificate of appealablity will issue.

_____

D.P. Marshall Jr.
United States District Judge

26 June 2013